UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Michael Clarence Spinks**,

Soc. Sec. No. xxx-xx-0442
Mailing Address: 5335 Arrowwood Circle, Sanford, NC
27332-

Debtor.

Case No.: 26-80029

Chapter 13

### AFFIDAVIT REGARDING SERVICE OF PLAN

I, Charlene Ennemoser, certify that on 2/4/26, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Non-FDIC corporate, partnership and doing-business-as creditors (addresses verified on the NC Secretary of State website) served:

Mariner Finance North Carolina, Inc.
C/O Corporation Service Company
Attn: Officer
2626 Glenwood Avenue
Suite 550
Raleigh, NC 27608

Other non-FDIC creditors served:

Summit Credit Union
Attn: Officer
8210 W. Market Street
Greensboro, NC 27409-

and by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 2/4/26

/s Charlene Ennemoser

Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Internal Revenue Service (MD)**
PO Box 7346
Philadelphia, PA 19101-7346

US Attorney's Office  (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

North Carolina Dept. of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

CB Indigo
Post Office Box 4499
Beaverton, OR 97076-4499

Continental Finance
4550 New Linden Hill Road Ste 400
Wilmington, DE 19808

Credit One Bank, N.A. ****
Post Office Box 98873
Las Vegas, NV 89193-8873

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107

Lee County Tax Collector
Post Office Box 1968
Sanford, NC 27331-1968

Mariner Finance North Carolina Inc.
Attn: Officer
C/O Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

Mariner Finance North Carolina, Inc.
Attn: Officer
8110 Corporate Drive
Nottingham, MD 21236

National Finance
1500 S Horner Blvd.
Sanford, NC 27330

NC Department of Justice
for NC Department of Revenue
Post Office Box 629
Raleigh, NC 27602-0629

Regional Finance Corporation
Attn: Officer
979 Batesville Road, Ste B
Greer, SC 29651-6819

Summit Credit Union
Attn: Officer
8210 West Market Street
Greensboro, NC 27409

Time Investment Corp T/A Time Financing
2815 South Horner Blvd
Sanford, NC 27332

Verizon Wireless - Bankruptcy***
500 Technology Drive
Suite 550
Weldon Spring, MO 63304